ORIGINAL

FILED
08 JUL 25 PM 3:45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Deepa Krishnan (Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@kronenbergerlaw.com
deepa@kronenbergerlaw.com

Attorneys for Plaintiffs
WWA GROUP, INC. and WORLD WIDE AUCTIONEERS, LTD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

BY FAX

**WWA GROUP, INC.**, a Nevada Corporation; and **WORLD WIDE AUCTIONEERS, LTD.**, a British Virgin Island registered company,

Plaintiffs,

vs.

**FREDERIC POLLIART**, an individual; **WWAUCTIONS.BIZ**, an Internet Domain name; and **DOES 1- 10**,

Defendants.

Case No. '08 CV 1349 JLS RBB

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2 of the United States District Court for the Southern District of California, the undersigned, counsel for plaintiffs WWA Group, Inc. and World Wide Auctioneers, Ltd., certifies the following:

(1) Plaintiff WWA Group, Inc. has no parent company, and no publicly held company owns 10 percent of its stock.

(2) Plaintiff World Wide Auctioneers, Ltd. is a wholly-owned subsidiary of WWA Group, Inc., a publicly traded company, and has no other parents, subsidiaries, or affiliates.

DATED: July 25, 2008

KRONENBERGER BURGOYNE, LLP

By: ______________________
Karl S. Kronenberger
Attorneys for Plaintiffs
WWAG and WWA

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com