Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

WWA GROUP, INC., a Nevada Corporation; (cont., see attachment)

vs

FREDERIC POLLIART, an individual; WWAUCTIONS.BIZ, an Internet Domain name; and DOES 1-10,

Defendents

FILED
2008 JUL 28 PM 3:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KNH _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1349 JLS RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Karl S. Kronenberger
KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

JUL 28 2008

CLERK
K. HAMMERLY

DATE

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

|   |   |
|---|---|
| and **WORLD WIDE AUCTIONEERS, LTD.,** a British Virgin Island registered company, Plaintiffs, | **ATTACHMENT TO SUMMONS IN A CIVIL CASE** |

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

Case No.

SUMMONS