**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Deepa Krishnan (Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@kronenbergerlaw.com
deepa@kronenbergerlaw.com

Attorneys for Plaintiffs
WWA GROUP, INC. and WORLD WIDE AUCTIONEERS, LTD.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WWA GROUP, INC.**, a Nevada Corporation; and **WORLD WIDE AUCTIONEERS, LTD.**, a British Virgin Island registered company,<br><br>     Plaintiffs,<br><br>     vs.<br><br>**FREDERIC POLLIART**, an individual; **WWAUCTIONS.BIZ**, an Internet Domain name; and **DOES 1- 10**,<br><br>     Defendants. | Case No. 08-1349 JLS-RBB<br><br>**AMENDED NOTICE OF PARTY WITH FINANCIAL INTEREST** |

1  TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR
2  COUNSEL OF RECORD:

3  Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2 of the
4  United States District Court for the Southern District of California, the undersigned,
5  counsel for plaintiffs WWA Group, Inc. and World Wide Auctioneers, Ltd., certifies the
6  following:

7  (1) Asia8, Inc. is a publicly held company which owns more than 10 percent of
8  WWA Group, Inc.'s stock.

9  (2) Plaintiff World Wide Auctioneers, Ltd. is a wholly-owned subsidiary of WWA
10  Group, Inc., a publicly traded company.

12  DATED:  July 29, 2008                    KRONENBERGER BURGOYNE, LLP

14  By: _____/s/_____
    Karl S. Kronenberger
15  Attorneys for Plaintiffs
    WWA GROUP, INC. and
16  WORLD WIDE AUCTIONEERS, LTD.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

Case No. 08-1349 JLS-RBB                1        AMENDED NOTICE OF PARTY WITH FINANCIAL INTEREST