**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Deepa Krishnan (CA Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile:   (415) 955-1158
karl@kronenbergerlaw.com
deepa@kronenbergerlaw.com

Attorneys for Plaintiffs
WWA GROUP, INC. and WORLD WIDE AUCTIONEERS, LTD.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WWA GROUP, INC.**, a Nevada Corporation; and **WORLD WIDE AUCTIONEERS, LTD.,** a British Virgin Island registered company,<br><br>        Plaintiffs,<br><br>    vs.<br><br>**FREDERIC POLLIART**, an individual; **WWAUCTIONS.BIZ**, an Internet Domain name; and **DOES 1- 10**,<br><br>        Defendants. | Case No. CV-08-1349 JLS-RBB<br><br>**NOTICE OF DEPOSIT OF REGISTRAR CERTIFICATE** |

Case No. CV-08-1349 JLS-RBB          NOTICE OF DEPOSIT OF REGISTRAR CERTIFICATE

1  Plaintiffs in the above-captioned action hereby notice the deposit of the attached
2  "REGISTRAR CERTIFICATE," dated July 29, 2008, submitted by Register.com, Inc.
3  regarding the Internet domain name <ww.auctions.biz>.

4
5  DATED:  August 12, 2008                               **KRONENBERGER BURGOYNE, LLP**

6                                                         By: s/ Deepa Krishnan
7                                                             Deepa Krishnan

8                                                         Attorney for Plaintiffs
                                                          WWA GROUP, INC. and
9                                                         WORLD WIDE AUCTIONEERS, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WWA GROUP, INC., a Nevada Corporation; and :
WORLD WIDE AUCTIONEERS, LTD., a
British Virgin Island registered company, :

                Plaintiff,      :      Case No. CV 1349 JLS RBB

   -against-                           :

FREDERIC POLLIART, an individual; :
WWAUCTIONS.BIZ, an Internet Domain Name;
and DOES 1-10.

                Defendants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## REGISTRAR CERTIFICATE

I, Monique Bullitt, pursuant to 15 U.S.C. §§ 1114(2)(D)(i)(II)(aa), and 28 U.S.C. § 1746 hereby declare:

1.    I have personal knowledge of the facts stated in this Registrar Certificate, and could and would testify to these facts if called as a witness in this matter. I am the Legal Assistant for Register.com, Inc. ("Register.com").

2.    Register.com is a registrar of Internet second-level domain names in the top-level domains .COM, .NET, and .ORG.

3.  Our records indicate that the registrant of the <wwauctions.biz> domain name is Frederic Polliart, Nb 207, 20F, Tun Hua South road, Taipei, 106.

4.  Through the deposit of this Registrar Certificate with the Registry of the Court, Register.com hereby tenders to the Court complete control and authority over the registration records for the <wwauctions.biz> domain name.

5.  The registration for the <wwauctions.biz> domain name is currently active, and Register.com will not transfer, suspend, or otherwise modify the registration records during the pendency of this action, except upon receipt of an order of the court or a dismissal of all claims concerning the registrant's contractual rights to register or use the subject domain name.

6.  This Registrar Certificate shall expire automatically, and control and authority over the registration records of the domain name shall revert to Register.com: (i) 14 calendar days from the date of this Registrar Certificate, unless this Registrar Certificate has been filed with the Court during that period and Register.com has received a file-stamped copy; or (ii) upon Register.com's receipt of an order dismissing all claims concerning the registrant's contractual rights to register or use the subject domain name.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 29, 2008 at New York, New York.

_Monique Bullitt_
Monique Bullitt
Legal Assistant
Register.com, Inc.

The foregoing instrument was signed before me this 29th day of July, 2008 by Monique Bullitt

_Steven A. Gaines_
Notary Public

STEVEN A. GAINES
No. 01GA6117098
Notary Public, State of New York
Qualified in Queens County
My Commission Expires 10/18/08

My commission expires: 10/18/08

County of New York, State of New York