**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (CA Bar No. 226112)
Deepa Krishnan (CA Bar No. 228664)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@kronenbergerlaw.com
deepa@kronenbergerlaw.com

Attorneys for Plaintiffs
WWA GROUP, INC. and WORLD WIDE AUCTIONEERS, LTD.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WWA GROUP, INC.**, a Nevada Corporation; and **WORLD WIDE AUCTIONEERS, LTD.,** a British Virgin Island registered company,<br><br>       Plaintiffs,<br><br>    vs.<br><br>**FREDERIC POLLIART**, an individual; **WWAUCTIONS.BIZ**, an Internet Domain name; and **DOES 1- 10**,<br><br>       Defendants. | Case No. CV-08-1349 JLS-RBB<br><br>**CERTIFICATE OF SERVICE** |

Case No. CV-08-1349 JLS-RBB

1

**PROOF OF SERVICE**

## CERTIFICATE OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 150 Post Street, Suite 520, San Francisco, California, 94108.

On August 12, 2008, I served the following document(s):

**1) NOTICE OF DEPOSIT OF REGISTRAR CERTIFICATE**

on the parties listed below as follows:

Frederic Polliart
UNISAM
JL. Parman, Kap 201
Batamindo Industrial Park
Muka Kuning, Batam 29433
Indonesia

WWAUCTIONS.BIZ
Nb 207, 20F
Tun Hua South Road
Taipei, 106

[X] BY INTERNATIONAL MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

[ ] BY OVERNIGHT MAIL via Federal Express.

[ ] BY EMAIL, to the address listed above.

[ ] BY FACSIMILE MACHINE (FAX), by personally transmitting a true copy thereof via an electronic facsimile machine to the fax number listed herein.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: August 12, 2008

_Sumeena Birdi_

Case No. CV-08-1349 JLS-RBB        2        PROOF OF SERVICE